*In re* **DAVIS**, C. Tony (MR 21377)
Marion, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent C. Tony Davis is disbarred.

*In re* **DUBIN**, Aaron Stuart (MR 21376)
Clayton, MO

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Aaron Stuart Dubin, who has been disciplined in the State of Missouri, is reprimanded in the State of Illinois.